HENRY J. WAGGONER, Appellant, *v.* MARY WALRATH, Executrix, etc., Respondent.

(Submitted March 30, 1883 ; decided April 24, 1883.)

REPORTED below (24 Hun, 443).

*Wayland F. Ford* for appellant.

*Porter & Walts* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.